UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated, | Court File No. 0:23-cv-01911-PJS-DTS |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL** |
| v. | |
| Casey's Retail Company, d/b/a Casey's General Store, and Casey's General Stores, Inc., | |
| Defendants. | |

Based on the agreement of the parties, it is hereby stipulated that the above-captioned matter, and all claims asserted in this action or that could have been asserted herein are, dismissed in their entirety, with prejudice and on the merits, and without costs to either party.

Dated: October 31, 2023

*/s/Patrick W. Michenfelder*
Patrick W. Michenfelder, Bar No. 024207
pat@throndsetlaw.com
Chad Throndset, Bar No. 0261191X
chad@throndsetlaw.com
Jason Gustafson, Bar No.040329
Jason@throndsetlaw.com
THRONDESET MICHENFELDER, LLC
222 South Ninth Street, Suite 1600
Minneapolis, MN 55402
Telephone: 763.515.6110
Facsimile: 763.226.2515

***Attorneys for Plaintiff***

2

Dated: October 31, 2023

*/s/ Emily A. McNee*
Jacqueline E. Kalk, Bar No. 0396554
jkalk@littler.com
Emily A. McNee, Bar No. 0395228
emcnee@littler.com
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone:  612.630.1000
Facsimile:   612.630.9626

**Attorneys for Defendants**

4866-6928-8582.1 / 091058-1048

2