UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JULIE DALTON,　　　　　　　　　　　　　　Case No. 23-CV-1911 (PJS/DTS)

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　ORDER OF DISMISSAL

CASEY'S RETAIL COMPANY,

　　　　Defendant.

---

Based upon the Stipulation for Dismissal filed by the parties on October 31, 2023 [ECF No. 18],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: November 1, 2023

　　　　　　　　　　　　　　　　　　　　s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz, Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court